IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| HAWAII LABORERS' TRUST FUNDS, (*Hawaii Laborers' Health & Welfare Trust Funds* by its trustees Albert Hamamoto, Daniel Nakamura, Anacleto Alcantra, Larry Lum, Ron Prescott, Mark Matsumoto, Donna Kekauoha, Toni Figueroa, Alfonso Oliver, and Al Lardizabal, etc., et al.,)<br><br>Plaintiffs,<br><br>vs.<br><br>LANDSCAPE CONCEPTS, INC., a Hawaii corporation, BENJAMIN L. BALIGAD,<br><br>Defendants. | CIVIL NO. 10-00047 SOM LEK<br><br>FINDINGS OF FACT AND RECOMMENDATION FOR DISPOSITION RE: PLAINTIFFS' MOTION FOR ENTRY OF DEFAULT JUDGMENT AGAINST DEFENDANTS<br><br>DATE: May 27, 2010<br>TIME: 9:30 a.m.<br>JUDGE: LESLIE E. KOBAYASHI |

FINDINGS OF FACT AND RECOMMENDATION FOR
DISPOSITION RE: PLAINTIFFS' MOTION FOR ENTRY OF
<u>DEFAULT JUDGMENT AGAINST DEFENDANTS</u>

Plaintiffs HAWAII LABORERS' TRUST FUNDS' ("Plaintiffs") Motion for Entry of Default Judgment Against Defendants LANDSCAPE CONCEPTS, INC. ("Defendant LCI"), and BENJAMIN L. BALIGAD ("Defendant Baligad"), (collectively "Defendants") having come for hearing before the Honorable Leslie E. Kobayashi, Magistrate Judge on May 27, 2010, at 9:30 a.m. , with Pablo P. Quiban,

Esq. appearing for Plaintiffs, and Benjamin L. Baligad and Gail Baligad appearing on behalf of Defendants; and the Court having read the memoranda, declarations, affidavits and exhibits in support and in opposition thereto, having considered the evidence presented, and having heard oral arguments, and being fully advised in the premises and good cause appearing therefor, it is RECOMMENDED that Plaintiffs' Motion for Entry of Default Judgment Against Defendants be partially GRANTED as to Defendant LCI and denied as to Defendant Baligad.

The court bases its recommendation upon the following findings:

## FINDINGS OF FACT

1. Defendant is registered to do business in the State of Hawaii under Hawaii Contractor License No. C-20047, with its principal place of business at 96-121 Waiawa Road, Pearl City, Hawaii 96782 in the County of Honolulu, State of Hawaii.

2. Defendants entered into a collective bargaining agreement with the Laborers' International Union of North America, Local 368, AFL-CIO ("Union") on October 1, 2000, which was acknowledged by the Certification of Receipt and Acceptance, copies of both documents were attached to the Complaint filed herein, which agreements by their terms incorporated the Master Agreement Covering Construction Laborers in the State of Hawaii ("CBA").

3. That Defendant Baligad is the President of Defendant LCI a registered corporation, and that during the period of the CBA, made all of the financial decisions for the corporation including a determination of whether to pay the amounts owed to Plaintiffs under the CBA.

4. That under the CBA, Defendants promised to contribute and pay employee benefit contributions once per month to Plaintiffs for each hour of work performed by Defendants' employees for work covered by the CBA, which contributions are to be paid to Plaintiffs on or before the 20th day of each month for hours worked the prior month.

5. That under the CBA, Defendants agreed that in the event monthly trust fund contributions were not paid when due, Defendants would pay the sum of $20.00 or 20%, whichever was greater, of the amount of the trust contributions owed to each Trust Fund for each delinquency, as and for liquidated damages and not as penalty.

6. That under the CBA, Defendants agreed to submit its monthly payroll reports and to provide Plaintiffs with all the information necessary to carry out the purposes of the various trust funds, and to pay interest at the rate of 12% per annum on unpaid balances owed.

7. For the period from October 2008 to January 2010, Defendants

under-reported hours worked by employees who were covered by the CBA which resulted in unpaid contributions of TWELVE THOUSAND NINE HUNDRED SIX and 38/100 DOLLARS ($12,906.38) and liquidated damages of THIRTY TWO THOUSAND FIVE HUNDRED THIRTY THREE and 93/100 DOLLARS ($32,533.93); which delinquency was determined by monthly payroll report transmittals submitted by Defendant to the trust fund administrator's office, as noted in the *Declaration of Tracy Masuda*, which Declaration was filed herein on March 9, 2010.

8. That the interest on the total amount owed is TWO HUNDRED EIGHTY NINE and 09/100 DOLLARS ($289.09) which was accumulated from November 2009 to January 2010.

9. The Defendants were served with a copy of the Complaint; Summons in this case on February 4, 2010, as noted in the Return of Service filed herein on February 9, 2010.

10. That due to Defendants' failure to file an Answer or respond to the Complaint, a *Request For Entry of Default* was filed herein on February 25, 2010.

11. Plaintiffs then filed its *Motion For Entry of Default Judgment Against Defendants*, on March 9, 2010, which was heard on May 27, 2010.

12. That at this time, the total amount owing by Defendants, which

does not include attorney's fees and costs is FORTY FIVE THOUSAND SEVEN HUNDRED TWENTY NINE and 40/100 DOLLARS ($45,729.40).

    13.    That Plaintiffs are entitled to reasonable attorney's fees and costs pursuant to Section 14, II, 4(a)(5), p. 20 of the CBA and pursuant to the Employees Retirement Income Security Act, 29, U.S.C. Section 1132(g)(2), and as supported by the Declaration of Counsel submitted concurrently herewith in the amount of THREE THOUSAND SEVEN HUNDRED SIXTY and 12/100 ($3,760.12).

    14.    That Defendant Baligad having appeared in this case, the Request For Entry of Default is set aside as against him, and he is granted leave to file a written Answer to the Complaint filed herein.

    15.    That Defendant LCI being a registered Hawaii corporation is required to be represented by an attorney, and no attorney appearing at this time on its behalf, Default Judgment may be entered against it herein.

## RECOMMENDATION

Pursuant to the foregoing findings of fact, it is RECOMMENDED that:

    A.    Plaintiffs' Motion for Entry of Default Judgment be GRANTED in part as to Defendant LANDSCAPE CONCEPTS, INC., and that judgment be entered against Defendant LANDSCAPE CONCEPTS, INC. for the sum of FORTY FIVE THOUSAND SEVEN HUNDRED TWENTY NINE and 40/100 DOLLARS

($45,729.40) plus legal interest from the entry hereof until paid in full.

  B. Plaintiffs be awarded the amount of THREE THOUSAND SEVEN HUNDRED SIXTY and 12/100 ($3,760.12) for reasonable attorney's fees and tax.

  C. Plaintiffs' Motion For Entry of Default Judgment is denied in part as to Defendant BENJAMIN L BALIGAD, who having appeared in person in this matter, the Request For Entry of Default is set aside, and he is granted leave to file an Answer to the Complaint filed herein.

  IT IS SO FOUND AND RECOMMENDED.

  DATED: Honolulu, Hawaii, June 24, 2010.



/S/ Leslie E. Kobayashi
Leslie E. Kobayashi
United States Magistrate Judge

**HAWAII LABORERS' TRUST FUNDS, ETC., ET AL. V. LANDSCAPE CONCEPTS, INC., ET AL; CIVIL NO. 10-00047 SOM-LEK; FINDINGS OF FACT AND RECOMMENDATION FOR DISPOSITION RE: PLAINTIFFS' MOTION FOR ENTRY OF DEFAULT JUDGMENT AGAINST DEFENDANTS**