IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| HAWAII LABORER'S TRUST FUNDS (*Hawaii Laborers' Health and Welfare Trust Funds by its trustees* Albert Hamamoto, Daniel Nakamura, Anacleto Alcantra, Larry Lum, Ron Prescott, Mark Matsumoto, Donna Kekauoha, Toni Figueroa, Alfonso Oliver, Al Lardizabal; *Hawaii Laborers' Pension Trust Fund by its trustees* Stanley Wada, Anacleto Alcantra, Randall Ching, Glenn Nohara, Leonard Leong, Claude C. Matsumoto, Daniel Nakamura, Alan Shintani, Antonio J. Saguibo, Jr., Donna Kekauoha, Mark Matsumoto, Peter Ganaban, Pete Lindsey, Alfonso Oliver; *Hawaii Laborers' Apprenticeship and Training Trust Fund by its trustees* Anacleto Alcantra, Van Goto, Leslie Isemoto, Cedric Ota, Scott I. Higa, Donna Kekauoha, Alvis McCann, Leonard Leong, Alfonso Oliver, Mark Matsumoto, Joby North; *Hawaii Laborers' Vacation & Holiday Trust Fund by its trustees* Audrey Hidano, Burt Watanabe, Donna Kekauoha, Alfonso Oliver, Peter Ganaban, Mark Matsumoto, Clay Asato, Anacleto Alcantra; *Hawaii Laborers' Annuity Trust Fund by its trustees* Ryan Wada, Anacleto Alcantra, Clay Asato, Craig Nakanishi, Audrey Hidano, Donna Kekauoha, Antonio J. Saguibo, Jr., Pete Lindsey, Mark Matsumoto, Peter Ganaban; *Hawaii Laborers' and Employers Cooperative and Education Trust Fund by its trustees* Thomas Toma, Michael Nakashima, Kenneth Kobatake, Peter Robb, Kathleen Thurston, Warren Leong, Mark Magusara, Mark Matsumoto, Alfonso Oliver, Peter Ganaban, Al Lardizabal | CV 10-00047 SOM-LEK<br><br>ORDER ADOPTING MAGISTRATE'S FINDINGS AND RECOMMENDATION |

|  |  |
|---|---|
| Plaintiffs, | ) ) ) |
| vs. | ) ) ) |
| LANDSCAPE CONCEPTS, INC. a Hawaii corporation; BENJAMIN L. BALIGAD , | ) ) ) ) |
| Defendants. | ) ) ) |
| _____ | ) |

## ORDER ADOPTING MAGISTRATE'S FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on June 24, 2010, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the Findings and Recommendation are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, July 26, 2010.



/s/ Susan Oki Mollway
Susan Oki Mollway
Chief United States District Judge

HAWAII LABORER'S TRUST FUNDS v. LANDSCAPE CONCEPTS, INC., et al.; CV 10-00047 SOM-LEK; ORDER ADOPTING MAGISTRATE'S FINDINGS AND RECOMMENDATION